AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED
APR 17 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-MJ-285-MTS |
| DUSTIN DEAN TREAT | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 19, 2023_____ in the county of _____Tulsa_____ in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Zachariah Balser_
Complainant's signature

Special Agent Zachariah Balser, FBI
Printed name and title

Sworn to before me by phone.

Date: 4-17-2024

_[signature]_
Judge's signature

City and state:   Tulsa, OK

Mark T. Steele, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Zachariah Balser, Special Agent, Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

1. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since September 2022. I am presently assigned to the Oklahoma City Field Office, Tulsa Resident Agency where I am assigned to the Safe Streets Task Force (SSTF), which is responsible for investigating street gangs and drug-related offenses. I have received formalized training and I have participated in many aspects of criminal investigations including the use of wire and electronic interceptions and other types of electronic surveillance, physical surveillance, undercover investigations, confidential informants, cooperating witnesses, controlled purchases of illegal drugs, consensually monitored recordings, investigative interviews, investigations, administrative and grand jury subpoenas, and search and arrest warrants. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

2. The information contained in this Affidavit in support of an arrest warrant for DUSTIN DEAN TREAT is based on law enforcements encounters and investigations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, Agents, and other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)— Possession of Methamphetamine with Intent to Distribute, has been committed by TREAT.

**Probable Cause**

3. On or about January 19, 2023, as part of a larger investigation, TREAT was observed by law enforcement driving a white GMC Yukon Denali in the parking lot of the Home Depot at 506 E 11th Street, Tulsa, OK. Due to marked police units in the area, TREAT drove to another parking lot and upon leaving that parking lot, an Oklahoma Highway Patrol (OHP) Trooper attempted to conduct a traffic stop of TREAT. TREAT failed to yield to the Trooper and a pursuit took place. TREAT was stopped and arrested by the OHP after a brief pursuit and K-9 dog bite. TREAT was the sole occupant of the vehicle and was found to be in possession of twenty kilograms of crystal methamphetamine. A stolen firearm (.357 Taurus revolver S/N ACG985716) was found on the floorboard of the driver's seat. The

methamphetamine seized from TREAT was field tested and confirmed to be methamphetamine, a Schedule II controlled substance.

4. On or about January 23, 2023, TREAT admitted to law enforcement to receiving the stolen firearm he was found in possession of at the time of his arrest on January 19, 2023, from a female friend, receiving the twenty kilograms of crystal methamphetamine from Dakota Bricker, and being directed by Brandon Maxwell on where to meet the customer for the sale of the twenty kilograms of crystal methamphetamine.

5. In my training and experience, I know that the large amount of methamphetamine found on TREAT on January 19, 2023, could only be possessed by him to distribute to other people. The amount, coupled with his statements, clearly exhibits his intent to distribute the methamphetamine.

## Conclusion

6. Based on the information set forth in this affidavit, I submit there is probable cause to believe DUSTIN DEAN TREAT has violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute.

Respectfully Submitted,

*Zachariah Balser*

Zachariah Balser, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to me by telephone this 17 day of April, 2024.

Mark T. Steele
United States Magistrate Judge