IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-MJ-00285-MTS |
| **DUSTIN DEAN TREAT,** | |
| Defendant. | |

**Motion for Leave to Dismiss Without Prejudice**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby requests that this Court grant leave to dismiss, without prejudice, the Complaint (Doc. #1) against defendant Dustin Dean Treat. This dismissal is in the interest of justice.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Adam C. Bailey*
Adam C. Bailey, CO Bar No. 42262
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74103
(918) 382-2700